# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130836
& (65)

MONIKA MAZUMDER, Personal
Representative of the Estate of
Deepika S. Mazumder, Deceased,
      Plaintiff-Appellee,

v

SC: 130836
COA: 261331
Washtenaw CC: 04-001101-NM

UNIVERSITY OF MICHIGAN
REGENTS, ROBERT A. KOEPKE,
PH.D., RAJIV TANDON, M.D.,
SATOSHI MINOSHIMA, M.D.,
WASHTENAW COUNTY
COMMUNITY MENTAL HEALTH,
JOSEPH YAROCH, M.D.,
MOONSON R. ELLIOTT ENINSCHE,
B.A., R.S.W., C.S.M., and RICHARD
PFOUTZ, M.S.W., C.S.W.,
      Defendants,
and

MOHAMED AZIZ, M.D., and
STEPHAN F. TAYLOR, M.D.,
      Defendants-Appellants,
and

SRINIBAS MAHAPATRA, M.D.,
      Defendant.

_____/

      On order of the Court, the motion for stay of trial court proceedings is DENIED without prejudice to the filing of another motion following the Court of Appeals conflict panel decision in *Ward v Siano*, 270 Mich App 584 (2006). The application for leave to appeal the February 23, 2006 judgment of the Court of Appeals remains pending.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk